# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT JULIAN VALDEZ, | Case No. SACV 13-335-FMO (JEM) |
|     Petitioner, | |
| v. | **J U D G M E N T** |
| TIM VIRGA, Warden, | |
|     Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: July 28, 2014

                                                    /s/
                                        FERNANDO M. OLGUIN
                                      UNITED STATES DISTRICT JUDGE